## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| **LATONYA E. YOUNG** | : | BK. No. 18-10997-amc |
| Debtor | : | |
| | : | Chapter No. 13 |
| **WELLS FARGO BANK, NA** | : | |
| Movant | : | |
| v. | : | |
| **LATONYA E. YOUNG** | : | |
| Respondent | : | 11 U.S.C. §362 |
| | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 16th day of October, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, NA** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4019 DAYTON ROAD, DREXEL HILL, PA 19026 NKA 4019 DAYTON RD, DREXEL HILL, PA 19026 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, NA** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE


WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

LATONYA E. YOUNG
4019 DAYTON RD
DREXEL HILL, PA 19026

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107