IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LATONYA E. YOUNG )<br>    **Debtor(s)** )<br> ) <br>SANTANDER CONSUMER USA INC. )<br>    **Moving Party** )<br>    v. )<br> )<br>LATONYA E. YOUNG )<br>    **Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>    **Trustee** )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 18-10997 (AMC)<br><br><br><br>11 U.S.C. 362 |

## PRAECIPE TO AMEND ORDER

**TO THE CLERK OF BANKRUPTCY COURT:**

   Kindly accept this as a request to enter the Amended Order For Stay Relief submitted on this day in the above-referenced case, number 50 on the docket.  The Order that was entered contains the incorrect vehicle identification number.


   Date:  11/16/18


                             /s/ William E. Craig
                             William E. Craig, Esquire
                             Attorney ID 92329
                             Morton & Craig LLC
                             110 Marter Ave.
                             Suite 301
                             Moorestown, NJ 08057
                             Phone (856) 866-0100
                             Fax (856) 722-1554
                             Attorney for Santander Consumer USA Inc.